IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

B.A., et al.                                                                 PLAINTIFF

V.                                                 CAUSE NO.: 1:13CV170-SA-DAS

MISSISSIPPI HIGH SCHOOL
ACTIVITIES ASSOCIATION, INC., et al.                          DEFENDANTS

**FINAL JUDGMENT IN FAVOR OF DEFENDANTS**

Pursuant to a Memorandum Opinion entered this day, Defendants' Motion for Summary Judgment [15] is GRANTED, Plaintiffs' claims are DISMISSED, and this case is CLOSED.

SO ORDERED AND ADJUDGED, this the 18th day of October, 2013.

                                                           /s/ Sharion Aycock
                                                           **U.S. DISTRICT JUDGE**